CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA .
FILED
 *for* C'Ville
DEC 1 2 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARSLINE E. DILLARD, | CIVIL ACTION No. 3:05CV00019 |
| *Plaintiff,* | |
| v. | ORDER |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on November 16, 2005, recommending that this Court remand the case for further proceedings.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety. This case is thus remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed November 16, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all

counsel of record.

ENTER: _Norman K. Moon_

U.S. District Court Judge

DATE: _December 12, 2005_