CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 19 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARSLINE E. DILLARD<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:05-CV-00019<br><br><br>ORDER<br><br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Petition for Award of Attorney's Fee under 28 U.S.C. § 2412(d). By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on April 12, 2006, recommending that Plaintiff be awarded $3,262.50 in attorneys fees. As there is no objection from Defendant and finding good cause to do so, the Court hereby ADOPTS the Magistrate Judge's report and GRANTS Plaintiff's petition. Accordingly, it is this day

ADJUDGED AND ORDERED

that the Court hereby APPROVES a total attorney fee of $3,262.50 for Plaintiff's attorney C. Cooper Geraty, Esq. Therefore, Commissioner is hereby ORDERED to pay to Plaintiff's attorney's fees in this amount.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

5/19/06
Date